Belle Levine, Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Lucy A. Grissinger, Respondent, v. International Railway Company and City of Buffalo, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Frank X. Gross, Jr., an Infant, etc., Respondent, v. Timanus J. Wilson, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Norman Edinger, an Infant, etc., Respondent, v. City of Buffalo, Appellant.— Motion for leave to appeal to Court of Appeals granted.

Chris L. Suess, Respondent, v. Village of Depew, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of the Directors of the Frontier and Western Railroad Company for an Order Directing the Public Service Commission, Second District, to Issue a Certificate of Public Convenience and a Necessity, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.